UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRE MCRUNELS,

        Petitioner,               Case Number: 2:20-CV-12313
                                            HONORABLE NANCY G. EDMUNDS

v.

SHANE JACKSON,

        Respondent.
        _____/

## ORDER DENYING PETITIONER'S MOTION FOR RELEASE PENDING APPEAL (ECF No. 7)

This matter is before the Court on Petitioner's motion for release pending appeal. He seeks release pursuant to the Bail Reform Act, 18 U.S.C. § 3143, due to the health risks posed by the coronavirus pandemic. Petitioner is a state prisoner incarcerated by the Michigan Department of Corrections. The Bail Reform Act applies to motions for bail pending appeal from a federal criminal conviction. *See Marino v. Vasquez*, 812 F.2d 499 (9th Cir.1987) (holding that the Bail Reform Act is inapplicable to convicted state prisoners seeking relief in federal court); *Bloss v. People of State of Michigan*, 421 F.2d 903, 905 (6th Cir. 1970) (holding the Bail Reform Act applicable only to federal prisoners). The Court, therefore, will deny the motion.

Accordingly, it is ORDERED that Petitioner's motion for release pending appeal (ECF No. 7) is DENIED.

s/ Nancy G. Edmunds  
NANCY G. EDMUNDS  
UNITED STATES DISTRICT JUDGE